UNDISTRIBUTED BALANCE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TO: | CLERK, BANKRUPTCY COURT |
| DATE: | 9/1/2023 |
| DEBTOR: | YACOB Z MENGESHA |
| CH13 CASE NO: | 22-03123 |
| ASSIGNED JUDGE: | Honorable Christopher Latham |
| AMOUNT: | $2700.00 |

*FILED 2023 SEP -1 PM 2:32 CLERK U.S. BANKRUPTCY COURT SO DIST. OF CALIF. # 301168*

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| YACOB Z MENGESHA<br>2772 ARIANE DR #70<br>SAN DIEGO CA 92117 | $2700.00 |

THOMAS H. BILLINGSLEA, JR. TRUSTEE
CHAPTER 13 CASES, BY

_____, CLERK
Sunao Tashima

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT

cc: STEPHEN L BURTON
    16133 VENTURA BLVD
    SEVENTH FLOOR
    ENCINO CA 91436